■ In the Matter of NENE TEJADA, Petitioner, v LESLIE CROCKER SNYDER et al., Respondents. [624 NYS2d 797] —Application for a writ of prohibition denied and the petition dismissed, without costs and disbursements and without prejudice to renewal of the issue of double jeopardy upon direct appeal, if any, in the event of petitioner's conviction. No opinion. Concur—Kupferman, J. P., Ross, Asch, Nardelli and Mazzarelli, JJ.